Submitted on remand from the Oregon Supreme Court September 17, affirmed
October 30, 2002

## STATE OF OREGON,
*Respondent,*

*v.*

## PATRICK K. McCLOUD,
*Appellant.*

000849967; A112227

56 P3d 962

Garrett A. Richardson for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Douglas F. Zier, Assistant Attorney General, for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

This case is before us on remand after the Supreme Court vacated our previous opinion in light of *State v. Barnum*, 333 Or 297, 39 P3d 178 (2002). *State v. McCloud*, 177 Or App 511, 34 P3d 699 (2001), *vacated*, 334 Or 491, 52 P3d 1056 (2002). In light of the Supreme Court's decision in *Barnum*, we now affirm the trial court's decision.

Affirmed.